1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>            Petitioner,<br><br>   v.<br><br>JEREMY LUCAS,<br><br>            Respondent. | No.<br><br>[PROPOSED] ORDER VACATING ARBITRATION AWARD |

Having considered Petitioner Valve Corporation's Petition for an Order Vacating Arbitration Award, Respondent Ethan Lefebvre's opposition (if any), and Petitioner's reply (if any), the Court, being fully advised in this matter, makes the following Order:

IT IS HEREBY ORDERED:

That the Interim Award of Arbitrator Goins, dated May 29, 2025, and the Final Award of Arbitrator Goins, dated September 3, 2025, are VACATED in their entirety.

[PROPOSED] ORDER VACATING
ARBITRATION AWARD – Page 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 8th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP
Blake Marks-Dias, WSBA No. 28169
Colin M. George, WSBA No. 45131
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Michael W. McTigue Jr., *Pro Hac Vice Application Forthcoming*
Meredith C. Slawe, *Pro Hac Vice Application Forthcoming*
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Petitioner Valve Corporation*

[PROPOSED] ORDER VACATING
ARBITRATION AWARD – Page 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900