THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | No. 25-cv-01732-JNW |
| Petitioner, | **STIPULATED MOTION AND ORDER** |
| v. | **NOTE ON MOTION CALENDAR:** |
| JEREMY LUCAS, | **OCTOBER 30, 2025** |
| Respondent. | |

STIPULATED MOTION AND
ORDER
No. 25-cv-01732-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Petitioner Valve Corporation ("Valve") and Respondent Jeremy Lucas ("Respondent,"

2  together with Valve, the "Parties") hereby stipulate as follows:

3  **WHEREAS**, on September 8, 2025, Valve filed a Petition To Vacate Arbitration Awards

4  (the "Petition," Dkt. 1) and noted the Petition for consideration on October 1, 2025;

5  **WHEREAS**, the Petition is 3,222 words;

6  **WHEREAS**, on September 15, 2025, counsel for Respondent requested and Valve

7  consented to an extension of the deadline to respond to the Petition;

8  **WHEREAS**, on September 23, 2025, the Parties filed a Scheduling Stipulation and

9  Proposed Order stipulating that: (i) Respondent shall have up to and including October 14, 2025, to

10  respond to the Petition; (ii) Valve shall have up to and including November 4, 2025, to file a reply

11  in further support of the Petition; and (iii) the Petition was to be re-noted for November 4, 2025

12  (the "Stipulated Motion," Dkt. 14);

13  **WHEREAS**, on October 10, 2025, the Court granted the Stipulated Motion (Dkt. 18);

14  **WHEREAS**, under the current schedule, the deadline for Valve to file its reply in further

15  support of the Petition is November 4, 2025;

16  **WHEREAS**, on October 14, 2025, Respondent filed an opposition to the Petition (Dkt. 19);

17  **WHEREAS**, Respondent's opposition to the Petition is 8,223 words;

18  **WHEREAS**, on October 29, 2025, Respondent (i) consented to an extension of Valve's

19  deadline to file a reply in further support of the Petition until November 18, 2025, and (ii) agreed

20  that Valve's reply in further support of the Petition may be up to 4,100 words;

21  **NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned

22  counsel for the Parties, subject to approval of the Court, that:

23  (i)  Valve shall have up to and including November 18, 2025, to file a reply in further

24  support of the Petition;

25  (ii)  Valve's reply in further support of the Petition may be up to 4,100 words;

26  (iii)  The Petition is re-noted for November 18, 2025; and

---

STIPULATED MOTION AND
ORDER
No. 25-cv-01732-JNW

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  (iv)    This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise

2  available to the Parties.

3

4  SO STIPULATED this 30th day of October, 2025.

5                                          By: *s/ Blake Marks-Dias*

6                                          Blake Marks-Dias, WSBA No. 28169
                                           CORR CRONIN LLP

7                                          1015 Second Avenue, Floor 10
                                           Seattle, WA 98104

8                                          (206) 625-8600 Phone
                                           (206) 625-0900 Fax

9                                          bmarksdias@corrcronin.com

10                                         Michael W. McTigue Jr., *Admitted Pro Hac Vice*
                                           Meredith C. Slawe, *Admitted Pro Hac Vice*

11                                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                           One Manhattan West

12                                         New York, NY 10001
                                           michael.mctigue@skadden.com

13                                         meredith.slawe@skadden.com

14                                         *Attorneys for Petitioner Valve Corporation*

15

16                                         By: *s/ William R. Burnside (per email aurthorization)*

17                                         William R. Burnside, WSBA No. 36002
                                           BAILEY DUQUETTE P.C.

18                                         800 Fifth Avenue, Suite 101-800
                                           Seattle, WA 98104

19                                         will@baileyduquette.com

20                                         *Attorneys for Respondent*

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED

23  DATED this 31st day of October, 2025

24                                         _____
                                           The Honorable Jamal N. Whitehead

25                                         UNITED STATES DISTRICT JUDGE

26

---

STIPULATED MOTION AND
ORDER
No. 25-cv-01732-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3

Presented by:

CORR CRONIN LLP


s/ Blake Marks-Dias
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Petitioner Valve Corporation*

STIPULATED MOTION AND
ORDER
No. 25-cv-01732-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4