**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Western District of Washington at Seattle

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 2:25-cv-01732-JNW

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 09/08/2025

Date of judgment or order you are appealing: 07/24/2026

Docket entry number of judgment or order you are appealing: Doc. 28

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Jeremy Lucas

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Jeremy Lucas

Name(s) of counsel (if any):
William Burnside
Bailey Duquette P.C.

Address: 800 Fifth Avenue, Suite 101-800, Seattle, WA 98104

Telephone number(s): 206.353.8021

Email(s): will@baileyduquette.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Valve Corporation

Name(s) of counsel (if any):
Michael McTigue
Skadden, Arps, Slate, Meagher, & Flom

Address: 1 Manhattan W, New York, NY 10001-8602

Telephone number(s): (212) 735-3000

Email(s): michael.mctigue@skadden.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Jeremy Lucas

Name(s) of counsel (if any):
William W. Bucher, IV
Bucher Law PLLC

Address: 1000 Brickell Ave, Ste 715 - Mailbox 1004, Miami, FL 33131

Telephone number(s): 202-997-3029

Email(s): will@bucherlawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ◉ No

---

**Appellees**

Name(s) of party/parties:
Valve Corporation

Name(s) of counsel (if any):
Scott Danner
Holwell, Shuster, & Goldberg, LLP

Address: 425 Lexington Ave, New York, NY 10017

Telephone number(s): (646) 837-8717

Email(s): sdanner@hsgllp.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jeremy Lucas

Name(s) of counsel (if any):

Angus Ni
Morrow Ni LLP

Address: 506 Second Ave, 14th Floor, Seattle, WA 98104

Telephone number(s): (773) 543-3223

Email(s): angus@moni.law

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Valve Corporation

Name(s) of counsel (if any):

Blake Marks-Dias
Corr Cronin LLP

Address: 1015 Second Avenue, Floor 10, Seattle, WA 98104-1001

Telephone number(s): (206) 501-3509

Email(s): bmarksdias@corrcronin.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*